# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF IRVINE,<br><br>        Defendant. | Case No. SACV 08-0701-ODW (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 is GRANTED; (2) plaintiff's motion for summary judgment pursuant to Rule Fed. R. Civ. P. 56 is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state claims.

DATED: July 21, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE