# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF IRVINE,<br><br>　　　　Defendant. | Case No. SACV 08-0701-ODW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to the federal claims and without prejudice as to the state claims.

DATED: July 21, 2010

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE